June 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ALTOM TRANSPORT, INC., Appellant

NO. 14-13-01142-CV                    V.

MANUEL LOPEZ AND NINA LOPEZ INDIVIDUALLY AND MANUEL
LOPEZ AS ADMINISTRATOR OF THE ESTATE OF CHRISTINA MARIE
LOPEZ, DECEASED, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on October 28, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order release of the surety, National Union Fire Insurance Company of Pittsburgh, Pa.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.